#6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 26 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ALBERTO LOZA GRACIA | * | |
| VS | * | C.A. NO. B96 101 |
| UNITED STATES OF AMERICA | * | (CR. NO. B92 257 S1) |

### O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation should be adopted.

It is therefore ORDERED, ADJUDGED, and DECREED that Respondent's Motion for Summary Judgment be **GRANTED** and Petitioner's 28 U.S.C. § 2255 Motion to Vacate, Set Aside or Correct a Sentence be **DENIED**.

DONE at Brownsville, Texas, this 25th day of February, 1999.

Filemon B. Vela
United States District Judge